**Administrative Remedy No. 739860-A1**
**Part B - Response**

This is in response to your Central Office Administrative Remedy Appeal where you state the new policy of visually searching Communication Management Unit (CMU) inmates before and after non-contact visits has no security value. You allege this new practice was created to humiliate and harass the predominately Muslim inmate population of the CMU. You state this practice was never deemed necessary before October 2012, and request this practice come to an end.

As indicated by the Warden and Regional Director, you have raised this same issue in remedy number 726366. Your complaint was adequately addressed at that time and you were advised of the reasons for implementation of enhanced security measures. In order to further the safe, secure and orderly running of its institutions, the Bureau of Prisons (BOP) conducts searches of inmates and of inmate housing and work areas to locate contraband and to deter its introduction and movement. Staff may conduct a visual search where there is reasonable belief that contraband may be concealed on the person, or a good opportunity for concealment has occurred. Visual searches are conducted in a manner to assure as much privacy to the inmate as practicable. We find the current search procedures in the CMU are in compliance with Program Statement 5521.05, <u>Searches of Housing Units, Inmates and Inmate Work Areas.</u> You have not presented any credible evidence the search procedures were implemented in retaliation or discrimination against Muslim inmates. Accordingly, your appeal is denied.

_February 24, 2014_
Date

Harrell Watts, Administrator
National Inmate Appeals



EXHIBIT A

U.S. Department of Justice  
Federal Bureau of Prisons

# Central Office Administrative Remedy Appeal

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: **Lindh, John P.W.**    45426-083    D    FCI Terre Haute
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

Part A - REASON FOR APPEAL  Beginning on October 31st, 2012, strip searches began to be conducted in the Terre Haute CMU before and after non-contact visits in which the prisoner is separated from his visitors by a metal and glass partition. These searches do not serve any security or correctional objective; they are only conducted to harass and humiliate the predominantly Muslim population of the CMU. Unlike contact visits, non-contact visits do not provide prisoners any opportunity to transfer contraband or other items.

     No strip searches were ever deemed necessary before or after non-contact social visits in the CMU from its inception in December, 2006 until October 31st, 2012. There is no reason they should be implemented now. This cruel, inhuman, degrading treatment of the Muslim prisoners held in the CMU must come to an end.

8/28/2013
DATE          SIGNATURE OF REQUESTER

Part B - RESPONSE

**RECEIVED**
Sep 6 2013
Administrative Remedy Section
Federal Bureau of Prisons

---

DATE          GENERAL COUNSEL  
ORIGINAL: RETURN TO INMATE      CASE NUMBER: 739860

Part C - RECEIPT

CASE NUMBER: _____

Return to: _____  
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION  
SUBJECT: _____

DATE      SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

UPN LVN      PRINTED ON RECYCLED PAPER      BP-231(13)

**U.S. Department of Justice**
**Federal Bureau of Prisons**
**North Central Regional Office**

**Regional Administrative Remedy Appeal**
**Part B - Response**

**Administrative Remedy Number:** 739860-R1

This is in response to your Regional Administrative Remedy Appeal received in this office on July 22, 2013. You state visual searches conducted before and after non-contact visits within the Communications Management Unit (CMU) "do not serve any security or correctional objective" and are intended only to humiliate the "predominantly Muslim" inmates in the CMU. For relief, you request the practice of visually searching inmates before and after non-contact visits be stopped.

We have reviewed your appeal and the Warden's response dated July 8, 2013. We found this issue was previously addressed in Administrative Remedy #726366-R1.

Based on the above information, your Regional Administrative Remedy Appeal is denied, as it is repetitive.

If you are dissatisfied with this response, you may appeal to the Office of General Counsel, Federal Bureau of Prisons, 320 First Street, NW, Washington, DC 20534. Your appeal must be received in the Office of General Counsel within 30 days from the date of this response.

8-19-13
Date

Paul M. Laird, Regional Director

# U.S. Department of Justice

Federal Bureau of Prisons

# Regional Administrative Remedy Appeal

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: __Lindh, John P.W.__   __45426-083__   __D__   __FCI Terre Haute__
      LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

Part A - REASON FOR APPEAL  Beginning on October 31st, 2012, strip searches began to be conducted in the Terre Haute CMU before and after non-contact visits in which the prisoner is separated from his visitors by a metal and glass partition. These searches do not serve any security or correctional objective; they are only conducted to harass and humiliate the predominately Muslim population of the CMU. Unlike contact visits, non-contact visits do not provide prisoners any opportunity to transfer contraband or other items.

No strip searches were ever deemed necessary before or after non-contact social visits in the CMU from its inception in December, 2006 until October 31st, 2012. There is no reason they should be implemented now. This cruel, inhuman, degrading treatment of the Muslim prisoners held in the CMU must come to an end.

__7/17/2013__
DATE                                       SIGNATURE OF REQUESTER

Part B - RESPONSE



RECEIVED JUL 22 2013 REGIONAL DIRECTOR'S OFFICE NORTH CENTRAL REGION

---

DATE                                       REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE                 CASE NUMBER: __739860-R1__

Part C - RECEIPT

                                           CASE NUMBER: _____

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

SUBJECT: _____

_____   _____
DATE                     SIGNATURE, RECIPIENT OF REGIONAL APPEAL

BP-230(13)

Remedy No.: 739860-F1    FCC Terre Haute, IN

## PART B - RESPONSE

This is in response to your Administrative Remedy receipted on June 26, 2013, in which you allege unnecessary visual searches are being conducted before and after non-contact visits in the Communications Management Unit (CMU). As relief, you request staff cease visual searching inmates before and after non-contact visits.

A review of your request reveals this issue is repetitive to Administrative Remedy No. 726366-F1. You have provided no new information warranting further review of this issue.

Therefore, this response to your Request for Administrative Remedy is closed as repetitive.

If you are dissatisfied with this response, you may appeal to the Regional Director, Federal Bureau of Prisons, Gateway Complex, Tower II, 8th Floor, 4th & State Ave., Kansas City, Kansas 66101. Your appeal must be received within 20 calendar days of the date of this response.

_7/01/13_  
Date

_J. Oliver, Warden_

U.S. DEPARTMENT OF JUSTICE    REQUEST FOR ADMINISTRATIVE REMEDY 
Federal Bureau of Prisons

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: **Lindh, John P.W.**   **45426-083**   **D**   **FCI Terre Haute**
LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

Part A- INMATE REQUEST  Beginning on October 31st, 2012, strip searches began to be conducted in the Terre Haute CMU before and after non-contact visits in which the prisoner is separated from his visitors by a metal and glass partition. These searches do not serve any security or correctional objective; they are only conducted to harass and humiliate the predominately Muslim population of the CMU. Unlike contact visits, non-contact visits do not provide prisoners any opportunity to transfer contraband or other items.

No strip searches were ever deemed necessary before or after non-contact social visits in the CMU from its inception in December, 2006 until October 31st, 2012. There is no reason they should be implemented now. This cruel, inhuman, degrading treatment of the Muslim prisoners held in the CM must come to an end.

6/20/2013
DATE                                SIGNATURE OF REQUESTER

Part B- RESPONSE

DATE                                WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE                           CASE NUMBER: **739860-F1**

                                                     CASE NUMBER: _____

Part C- RECEIPT
Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

SUBJECT: _____

DATE                                RECIPIENT'S SIGNATURE (STAFF MEMBER)

BP-229(13)
APRIL 1982

## FEDERAL CORRECTIONAL COMPLEX
## TERRE HAUTE, INDIANA
## INFORMAL RESOLUTION FORM

Inmate Name: Walker-Linoh          Reg. No. 45426-083
Unit: CMU

NOTICE TO INMATE: You are advised normally prior to filing a Request for Administrative Remedy, BP-229(13), you must attempt to informally resolve your complaint through your Correctional Counselor. Please follow the steps listed below:

1. State your complaint: Beginning on October 31st, 2012, strip searches began to be conducted in the Terre Haute CMU before and after non-contact visits in which the prisoner is separated from his visitors by a metal and glass partition. These searches do not serve any security or correctional objective; they are (see attachment)

(If more space is needed, you may use up to one letter size (8 ½ x 11) continuation page. You must also submit one copy of supporting exhibits. (Exhibits will not be returned with the response to the BP-229(13) responses.)

2. State what actions you have made to informally resolve your complaint: I have tried to resolve this issue in a peaceful manner, but the pattern of persecution and harassment of Muslim prisoners in the CMU continues. This issue is only one out of many.

3. State what resolution you expect: I expect this heinous, perverted, criminal behavior on the part of BOP staff towards Muslim prisoners to come to an immediate end.

Inmate's Signature: [signature]          Date: 6/18/2013

Correctional Counselor's Comments (Steps to Resolve): This is a repetitive grievance. You have filed a BP-8 on this matter; 726366 F1

Counselor' Signature: [signature]          Date: 6/18/13
Unit Manager's Review: [signature]         Date: 6/18/13
Informally Resolved:                        Date:

|          | BP-8 ISSUED | BP-8 RETURNED | BP-9 ISSUED | BP-9 RETURNED |
|----------|-------------|---------------|-------------|---------------|
| DATE     | 6/17/13     | 6/18/13       | 6/20/13     |               |
| TIME     | 1230        | 1230          | 1230        |               |
| COUNSELOR| O. Swift    |               |             |               |

## Attachment

(Continued from p. 1) only conducted to harass and humiliate the predominately Muslim population of the CMU. Unlike contact visits, non-contact visits do not provide prisoners any opportunity to transfer contraband or other items.

No strip searches were ever deemed necessary before or after non-contact social visits in the CMU from its inception in December, 2006 until October 31st, 2012. There is no reason they should take place now.