UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| YAHYA (JOHN) LINDH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:14-CV-00142 JMS-WGH |
| ) | |
| WARDEN, FEDERAL CORRECTIONAL ) | |
| INSTITUTION, TERRE HAUTE ) | |
| INDIANA, in his official capacity, ) | |
| ) | |
| Defendant. ) | |

### Declaration of Yahya (John) Lindh

Yayha (John) Lindh, being duly sworn upon his oath, says that:

1. I am the plaintiff in this action.

2. I am an adult person who is currently committed to the Federal Bureau of Prisons following a criminal conviction.

3. I am currently confined in the Communications Management Unit ("CMU") located within the Federal Correctional Institution in Terre Haute.

4. I have filed this action challenging the policy of subjecting CMU prisoners who have non-contact visits to a strip search where all body searches and body cavities may be exposed.

5. To the best of my knowledge and belief this policy is applied to all CMU prisoners who have social visits, which are non-contact.

6. At the current time there are approximately __48__ prisoners confined to the CMU.   YL

7. In the CMU prisoners are allowed to be out of their cells in common areas most of the day.

Page | 1

8.  When a prisoner has a visit he will be called to the visit and I have had the opportunity to observe persons being called to their visits.

9.  I believe that a majority of the prisoners in the CMU have received visits.

10. I have been in the CMU since October of 2007. I am therefore aware that periodically prisoners leave the CMU – either because they are released or go to another facility – and prisoners at times are transferred into the CMU.

## Verification

I verify, under the penalties for perjury, that the foregoing representations are true.

Executed on: 31 October 2014
(date)

_____
Yahya (John) Lindh

Prepared by:

Kenneth J. Falk
ACLU of Indiana
1031 E. Washington St.
Indianapolis, IN 46202