UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| YAHYA (JOHN) LINDH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:14-cv-00142 JMS-WGH |
| | ) | |
| WARDEN, FEDERAL CORRECTIONAL | ) | |
| INSTITUTION, TERRE HAUTE | ) | |
| INDIANA, in his official capacity, | ) | |
| | ) | |
| Defendant. | ) | |

**Second Declaration of Yahya (John) Lindh**

Yayha (John) Lindh, being duly sworn upon his oath, says that:

1.      I am the named plaintiff in this action.

2.      I am an adult person who is currently committed to the Federal Bureau of Prisons ("BOP").

3.      I am currently confined in the Communications Management Unit ("CMU") located within the Federal Correctional Institution in Terre Haute.

4.      I have been confined in the CMU since October of 2007 and I have been incarcerated within the BOP since 2003.

5.      I understand that the term "social visit" means a visit with family or friends.  My social visits are exclusively with members of my family and I expect that they will continue to be.

6.      I have had social visits during the time I have been in the CMU and expect to continue to have social visits in the future.

7.      Social visits have always been non-contact in the CMU and have always taken place in the same location as they take place now.  That is, we speak by telephone through a plexiglass

window.  The visitor is seated in a room that has a clear plexiglass door. A guard sits immediately outside the visitor side and can look into the visitor's side and view the prisoner through the plexiglass window that separates the visitor's and prisoner's sides.

8.      In social visits visitors and prisoners speak in real time. That is, there is no delay in transmitting the conversations.

9.      From the time I arrived at the CMU, and since it was opened in December 2006, until the fall of 2012, the practice of the CMU was to subject CMU prisoners who had social visits to at most only a pat-down search before the visit.  Sometimes there was not even a pat-down search. And, at times, prisoners were allowed to take in drinks like coffee into the visits.

10.     However, in the fall of 2012, the CMU implemented a new practice or policy.  Under this new practice or policy CMU prisoners who had social visits were subject to strip searches both before and after all social visits.

11.      At some point the policy was changed so that now we are required to have a strip search before all of our social visits, but not after.

12.     When I am strip searched before my social visits I am required to take my clothes off in the bathroom that is in the visitation area, while I am observed by a correctional officer. After I take my clothing off the correctional officer will search my clothes separately from searching me.

13.     The pants that we are issued by the Bureau of Prisons, and that we are required to wear to visits, have no side pockets.  They do have back pockets.

14.     I have frequently been in the room that prisoners sit in during social visits. I am aware that there is a camera on the visitor side that is pointed towards the plexiglass window and the area where prisoners are required to sit during visits.  The camera is visible.

15.     Inasmuch as the camera is pointed at the prisoner there is no way that the prisoner can obstruct its view.  If the visitor stands and attempts to obstruct the view, that act will be immediately detected by the correctional officer who is sitting right outside of the visitor side of the two visiting rooms (one for the visitor and one for the prisoner) and is able to view both the visitor and prisoner sides because the door to the visitor side is almost entirely see-through plexiglass.  Additionally, if a visitor were to stand that would also obviously be detected by the persons monitoring the camera feed.

16.     I am also aware that the conversations that we engage in during our social visits are monitored and recorded.

17.     At one point during my current commitment to the United States Bureau of Prisons I was confined at the "supermax" prison in Florence, Colorado that is also called ADX Florence.  It is my understanding that this prison is designed to be the most secure in the federal system.  I was in the unit, then called "H," that held prisoners with Special Administrative Measures ("SAMS") – special restrictions above and beyond those imposed on other prisoners even in supermax.  I had a SAM that restricted my ability to communicate.  However, I was never subjected to a strip search before my non-contact social visits.  Rather, I walked through some sort of electronic monitor before my visits.  They did not even pat me down.

18.     These strip searches, which I must go through to visit family members who visit me from as far as California, are cruel, inhuman, and degrading.  They are also unreasonable and purposeless, given the fact that the social visits are non-contact, supervised by a correctional officer, viewed on camera, and recorded by audio devices.  The fact that I am subject to strip searches here when it was not deemed necessary when I was at the Florence supermax strikes me as proof that these searches go far beyond what is necessary.

19.     Moreover, the strip searches prior to the visits are particularly objectionable to me because I am Muslim.  I am a practicing Muslim and I attempt to observe and follow as many precepts of Islam as is possible given my confinement.

20.     In Islam a male person is prohibited from exposing the area of his body between the navel and the knees.  This area is called the *awrah*.  There is a slight difference of opinion in Islamic scholarship with some stating that the area is from the navel to the knee, including the navel and knee, and some indicating that the navel and knee are not included in the prohibited areas.

21.     This prohibition is found in various parts of the Qur'an and more specifically in the Hadiths, which are a collection of statements by the Prophet (*sall Allahu alayhi wa sallam*).  I have attached portions of the Qur'an and the Hadiths that focus on this subject.  The Hadiths are in Arabic and I have attached translations that I have done.

22.     This prohibition is recognized among all Muslims and all Muslim schools of thought and sects.

23.     This prohibition is commanded by God and a person who violates this prohibition has sinned.

24.     There are exceptions to this prohibition that allow this area to be shown to one's spouse or for medical treatment or other circumstances of necessity.

25.     Islam recognizes that if a Muslim is compelled by force or some other human behavior to violate certain religious principles and requirements then the Muslim person being so forced is absolved of sin because he acts under compulsion.

26.     However, Islam also teaches that if a Muslim can challenge the compulsion he must do so for Islam requires that if somebody encounters something that is wrong and the person has the ability to seek to change it he or she must do so.

27.     Therefore, I cannot stand idly by while the BOP requires me to strip in order to have a non-contact visit as I have the opportunity to challenge that through the BOP appeal procedure and this litigation.

28.     Being required to strip in order to have a non-contact visit violates and burdens my religious belief and requires me to engage in behavior that is recognized as a sin in Islam.

29.     I would prefer that I be allowed to go the non-contact visits with only a pat-down search. However, I am willing to accept other restrictions in lieu of the strip search. For instance:

- Although I certainly would not prefer this, I am willing to be placed in hand and/or leg restraints during the visits so that it would be impossible for me to remove anything secreted in my body, even if I had hidden something.  And, if I had leg restraints I would not be able to leave my seat.

- I am willing to strip down to my BOP-purchased shorts, covering the area between my navel and my knees, to show the officer that I have nothing written on me or hidden on my arms, legs, or torso.  If necessary, I am willing to jump up and down while still in my shorts or to shake my clothing to demonstrate that I am not hiding anything in the area covered by my shorts.

30.     I would be willing to accept other reasonable alternatives to having to undergo a strip search prior to my non-contact visits; however, the BOP has not proposed any to me.

**Verification**

I verify under the penalty of perjury that the foregoing representations are true.

Executed on:   ___11 January 2016___
                        Date

_____
Yahya (John) Lindh

Prepared by:

Kenneth J. Falk
No. 6777-49
ACLU of Indiana
1031 E. Washington St.
Indianapolis, IN 46202

# Hadiths Regarding Indecent Exposure

1. "As long as you are able not to let anybody see it, do not let anybody see it."

    Collected by Ahmad, Abu Dawood, at-Tirmidhi, and Ibn Majah. "It" here refers to one's awrah, which is the area of the body that must not be exposed.

2. "Let no man look at the private parts of another man."

    Collected by Muslim, Abu Dawood, and at-Tirmidhi.

3. The Messenger of Allah (sall Allahu 'alayhi wa sallam) passed by a man who had his thigh exposed, so he said: "Cover your thighs because the thigh of a man is an area of his private parts."

    Collected by Ahmad.

4. "We have been prohibited from allowing our private parts to be seen."

    Collected by al-Hakim.

تفسير معاني القرآن الكريم باللغة الإنجليزية وهو مختصر لتفسير الطبري والقرطبي وابن كثير مع التعليق من صحيح البخاري

Interpretation of the Meanings of

# THE NOBLE QUR'ÂN

## IN THE ENGLISH LANGUAGE

A Summarized Version of At-Tabarî, Al-Qurtubî, and Ibn Kathîr with Comments from Sahîh Al-Bukhârî

Summarized in One Volume

جمعه واختصره محمد تقي الدين الهلالي و محمد محسن خان

**Dr. Muhammad Taqi-ud-Din Al-Hilâlî**
**Dr. Muhammad Muhsin Khân**

Islamic University,
Al-Madinah Al-Munawwarah

# DARUSSALAM
## Publishers and Distributors
Riyadh, Saudi Arabia

Case 2:14-cv-00142-JMS-DKL   Document 32-2   Filed 01/25/16   Page 9 of 15 PageID #: 331

17. "Then I will come to them from before them and behind them, from their right and from their left, and You will not find most of them as thankful ones (i.e. they will not be dutiful to You)."

18. (Allâh) said (to Iblîs): "Get out from this (Paradise) disgraced and expelled. Whoever of them (mankind) will follow you, then surely, I will fill Hell with you all."

19. "And O Âdam! Dwell you and your wife in Paradise, and eat thereof as you both wish, but approach not this tree otherwise you both will be of the Zâlimûn (unjust and wrongdoers)."

20. Then Shaitân (Satan) whispered suggestions to them both in order to uncover that which was hidden from them of their private parts (before); he said: "Your Lord did not forbid you this tree save you should become angels or become of the immortals."

21. And he [Shaitân (Satan)] swore by Allâh to them both (saying): "Verily, I am one of the sincere well-wishers for you both."

22. So he misled them with deception. Then when they tasted of the tree, that which was hidden from them of their shame (private parts) became manifest to them and they began to cover themselves with the leaves of Paradise (in order to cover their shame). And their Lord called out to them (saying): "Did I not forbid you that tree and tell you: Verily, Shaitân (Satan) is an open enemy unto you?"

23. They said: "Our Lord! We have wronged ourselves. If You forgive us not, and bestow not upon us Your Mercy, we shall certainly be of the losers."

24. (Allâh) said: "Get down, one of you an enemy to the other [i.e. Âdam, Hawwâ (Eve), and Shaitân (Satan)]. On earth will be a dwelling-place for you and an enjoyment for a time."

25. He said: "Therein you shall live, and therein you shall die, and from it you shall be brought out (i.e. resurrected)."

...whose Scale (of good deeds) will be ... will be the successful (by entering ...

...for those whose scale will be light, ... who will lose their ownselves (by ...) ... because they denied and rejected (proofs, evidences, verses, lessons, signs, etc.).

...truly, We gave you authority on the ... appointed for you therein provisions ... Little thanks do you give.

...truly, We created you (your father ... give you shape (the noble shape); then We told the angels, ... yourselves to Âdam", and they ... themselves, except Iblîs (Satan), he ... be of those who prostrated

...said: "What prevented you (O ... did not prostrate yourself, when I ... you?" Iblîs said: "I am better than ... You created me from fire, and him ... from clay."

...said: "(O Iblîs) get down from ... : it is not for you to be arrogant ... for you are of those humiliated

...said: "Allow me respite till the Day ... issued up (i.e. the Day of ...

...said: "You are of those respited."

...said: "Because You have sent me ... I will sit in wait against them ... on Your straight path."

...Allâh and praised is He' — 'Glorified is Allâh, the Most Great.' (or I deem ... because unsuitable things ascribed to Him, and free Him from resembling ... ever, and I glorify His Praises) I deem Allâh, the Most Great above all those ... scribed to Him and free Him from resembling anything whatsoever).

...Subhân Allâhil-'Azîm.' " (Sahih Al-Bukhâri, Vol.9, Hadith ...)

CHAPEL

30. A group He has guided, and a group deserved to be in error, (because) surely, they took the *Shayâtîn* (devils) as *Auliyâ'* (protectors and helpers) instead of Allâh, and think that they are guided.

31. O Children of Adam! Take your adornment (by wearing your clean clothes), while praying[1] and going round (the *Tawâf* of) the *Ka'bah*, and eat and drink but waste not by extravagance, certainly He (Allâh) likes not *Al-Musrifûn* (those who waste by extravagance).

32. Say (O Muhammad صلى الله عليه وسلم): "Who has forbidden the adornment with clothes given by Allâh, which He has produced for his slaves, and *At-Tayyibât* [all kinds of *Halâl* (lawful) things] of food?" Say: "They are, in the life of this world, for those who believe, (and) exclusively for them (believers) on the Day of Resurrection (the disbelievers will not share them)." Thus We explain the *Ayât* (Islâmic laws) in detail for people who have knowledge.

33. Say (O Muhammad صلى الله عليه وسلم): "(But) the things that my Lord has indeed forbidden are *Al-Fawâhish* (great evil sins, every kind of unlawful sexual intercourse) whether committed openly or secretly, sins (of all kinds), unrighteous oppression, joining partners (in

[1] (V.7:31) It is obligatory to wear the clothes while praying. And the Statement of Allâh عز وجل "Take your adornment (by wearing your clean clothes) (covering of one's *'Aurah* means) while praying, a male must cover his body from umbilicus of his abdomen up to his knees, and it is better that his both shoulders be covered. And a female must cover all her body and feet except face, and it is better that her hands are also covered)," while praying and going round (the *Tawâf* of) in how many (what sort of) clothes a woman should pray *Ikrimah* said, "If she can cover her body with one garment, it is sufficient."*

* It is agreed by the majority of the religious scholars that a woman should cover herself completely except her face, and it is better that she should cover herself with gloves or cloth, but her feet must be covered either with a long dress of thick material to cover her feet. This verdict is based on the Prophet's statement (Abu Dâwûd).

Narrated 'Aishah رضي الله عنها : Allâh's Messenger صلى الله عليه وسلم used to offer some believing women who were covered with their veiling sheets used to attend him, and then they would return to their homes unrecognized. [Sahih Al-Bukhâri, Hadîth No. 368).

O Children of Adam! We have bestowed raiment upon you to cover yourselves (screen your private parts) and as an adornment; and the raiment of righteousness, that is better. Such are among the *Ayât* (proofs, evidences, verses, lessons, signs, revelations, etc.) of Allâh, that they may remember.

O Children of Adam! Let not *Shaitân* (Satan) deceive you, as he got your parents [Adam and Hawwâ' (Eve)] out of Paradise, stripping them of their raiments, to show them their private parts. Verily, he and *Qabîluhu* (his soldiers from the jinn or his tribe) see you from where you cannot see them. Verily, We made the *Shayâtîn* (devils) *Auliyâ'* (protectors and helpers) for those who believe not.

And when they commit a *Fâhishah* (evil deed, going round the *Ka'bah* in naked state, and every kind of unlawful sexual intercourse), they say: "We found our fathers doing it, and Allâh has commanded it (on us)." Say: "Nay, Allâh never commands *Fahshâ*. Do you say of Allâh what you know not?"

Say (O Muhammad صلى الله عليه وسلم): My Lord has commanded justice and (said) that you should face Him only (i.e. worship none but Him Alone and face the *Qiblah*, i.e. the *Ka'bah* at Makkah) during prayers (and not to face other deities and idols), and invoke Him (by making your religion sincere to Him (by not worshipping any partner with Him and dedicating one's worship to Him only). As He brought you (into being) in the beginning, so shall you be brought back (oh the Day of Resurrection in two groups, one as a blessed one (believers), and the other as a wretched one (disbelievers)].

(V.7:31) It is said that the pagan Arabs in the Pre-Islâmic Period of Ignorance used to do *Tawâf* (going round) of the *Ka'bah* in a naked state. So when Islâm became victorious and the Muslims conquered Makkah, the pagans and the polytheists were forbidden to enter Makkah, and allowed to do *Tawâf* of the *Ka'bah* in a naked state.

(السنة الكُبرى)

تأليف

ناصر الدين الألباني

رقم الإيداع

(١) الحيازة.

قال البيهقي : يريد الصدقة التي نهى ابنها ، وليس ابن باب.

أمله والتجرؤ على رزق المختار

**#4** ← ٢٢٩٠ ـ «وإنا نهينا أن نرى غوراننا» (صحيح)

(ك) عن جابر بن سمرة. الصحيحة ١٧٠١

(د ك) عن عبد الله بن السائب ، الأرواء ٢٦٦ صحيح أبي داود ١٠٤٨. (صحيح)

٢٢٨٩ ـ ١٠٢٤ ـ «وإنا نحتسب ، فمن أحب أن يجلس للخطبة فليجلس ، ومن أحب أن يذهب فليذهب» (صحيح)

ابن ماجه والطحاوي وابن سعد. الصحيحة ١٤٤٤

٢٢٨٨ ـ «وإنا نعشر الأنبياء نقاسم علينا الزكاة» (طب) عن أخت حذيفة (صحيح)

(ابن سعد) عن عقائد مرشد. ٢٢٨٧ ـ «وإنا نعشر الأنبياء تنام أعيننا ، ولا تنام قلوبنا» الصحيحة ١٧٠ ، ح ـ أنس (صحيح)

٢٢٨٦ ـ «وإنا نعشر الأنبياء ، وأمرنا أن نعجل إفطارنا ، ونؤخر سحورنا ، ونضع أيمانا على شمائلنا في الصلاة» (الطبراني ـ طب) عن ابن عباس. ٨٥ ح ، قط ، طس ـ ابن عمر. حقيقة الصيام ١١٧ ـ حكم الجنائز ١١٧، طس ـ ابن عمر (صحيح)

٢٢٨٥ ـ «وإنا أن نستعمل على عملنا من أراده» مختصر مسلم ١٢٠. (حم ، خد ، ن ك) عن أبي موسى. ١٧١٢ (صحيح)

---

(ن) عن أبي موسى «وإنا لا نستعين بالمشركين على...» ١٧١٢

٢٢٩١ ـ «وإنا لا نستعين بمشرك» (صحيح)

(ابن سعد) ، الطحاوي ، له عد ، وعن (حم). الصحيحة ١١٠١

٢٢٩٢ ـ «وإنا لا نقبل شيئا من المشركين والدارمي ع د ، د حكيم بن حزام» (صحيح)

٢٢٩٣ ـ ١٠٢٣ ـ «وإنك إن اتبعت عورات كلمت فسدتهم» (صحيح)

(د) عن معاوية

٢٢٩٦ ـ ١٠٢٧ ـ «وإنك تقدم على قوم علهم خمس صلوات في يومهم وليلتهم ، ما تضعهم إلى عبادة الله ؛ فإذا عرفوا ذلك فأعلمهم أن الله فرض عليهم زكاة ؛ تؤخذ من أغنيائهم ، فترد فيها فقد منهم ، وثؤد كرائم أموال الناس» (صحيح)

(ق) عن ابن عباس

٢٢٩٧ ـ ١٠٢٨ ـ «وإنك ذهبت لتنتزع منها فإذا ذهبت لتنتزع له ، وإذا ذهبت لتنتزع منها» تيبا ، فإذا ذهبت أنت له خاصة (صحيح)

(ق) عن ابن مسعود

ـ ٤٠٠ ـ



Case 2:14-cv-00142-JMS-DKL   Document 56-2   Filed 01/25/16   Page 15 of 15 PageID #: 387

٢٩٣

٤ - كتاب الصلاة

٢٩٢

الصيام وفوائد منفعة